No. 619. SIGNAL GASOLINE CORP. v. COMMISSIONER OF INTERNAL REVENUE. January 6, 1936. Petition for writ

of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Melvin D. Wilson, Robert N. Miller,* and *Donald V. Hunter* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, John MacC. Hudson, John G. Remey,* and *Charles E. Wyzanski, Jr.,* for respondent.